FORM NO. 2

# United States Bankruptcy Court
## Western District of Tennessee

In re **James D. Dennison**                                                           Case No.
                                    Debtor(s)                                         Chapter **13**

## CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | |
|---|---|---|
| DEBTOR(S): | (H) **James D. Dennison** | S.S.# **xxx-xx-8753** |
| | (W) | S.S.# |
| ADDRESS: | **140 Oldham Dr.** | |
| | **Jackson, TN 38305** | |
| PLAN PAYMENT: | Debtor(s) to pay $ **759.00** | (weekly, every two weeks, ~~semi-monthly~~, ~~monthly~~) |
| PAYROLL DEDUCTION: | **YES**             OR ( ) DIRECT PAY | |
| | BECAUSE: | |
| | FIRST PAYMENT DATE: **SEPTEMBER 7, 2011** | |
| PLACE OF EMPLOYMENT: | **Tennalum** | |
| ADMINISTRATIVE: | Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order. | |

|  |  | MONTHLY PLAN PMT. |
|---|---|---|
| AUTO INSURANCE: | (**X**) Not included in Plan    ( ) Included in Plan | $ **-NONE-** |
| CHILD SUPPORT: | Future support through Plan to | $ **-NONE-** |
| | Child support arrearage amount | $ |
| PRIORITY CREDITORS: | **-NONE-** | $ **-NONE-** |

| HOME MORTGAGE: | If no arrearage, ongoing payments are to be paid directly by the debtor(s). | | | |
|---|---|---|---|---|
| **Midland Mortgage Co.** | Ongoing pmt. Begin **OCTOBER 2011** | | | $ **992.00** |
| | Approx. arrearage **3,968.00** | Interest **5.00** % | | $ **75.00** |
| SECURED CREDITORS; | VALUE | RATE OF | | MONTHLY |
| (retain lien 11 U.S.C. Sec. 1325{a}{5}) | COLLATERAL | INTEREST | | PLAN PMT. |
| **Bombardier/GEMB-GE Money Bank** | $ **2,331.32** | **8.00** % | | $ **52.00** |
| **Cashmaster (GMC)** | $ **1,577.00** | **8.00** % | | $ **50.00** |
| **Dell Financial Services** | $ **1,975.23** | **8.00** % | | $ **44.00** |
| **Santander Consumer USA (Saturn)** | $ **13,657.19** | **8.00** % | | $ **334.00** |

UNSECURED CREDITORS:    Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts. Pay to be determined by the Trustee of these claims after above claims are paid or pay all disposable income for term of plan;

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: **$8,935.00**

TERMINATION:    Plan shall terminate upon payment of the above, approximately **60** months.

**Rejected Leases**
 **-NONE-**:
**Assumed Leases**
 **-NONE-**:

DEBTOR'S ATTORNEY:    **Louis W. Ringer 006559**
**Law Office of Louis W. Ringer**
**222 West Baltimore, Suite B**
**Jackson, TN 38301**
**(731) 421-1501 Fax:(731) 421-1540**