**Dated: December 01, 2011**
**The following is SO ORDERED:**

_____
G. Harvey Boswell
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
Western District Of Tennessee
Eastern Division

In Re:                                                                                          Chapter 13
JAMES D. DENNISON
Debtor(s)                                                                                    Case No.  11-12393

ORDER MODIFYING PLAN

In this cause it appearing to the Court that the Trustee has received a filed written notice that the debtor(s) mortgage payments have been adjusted and that the plan should be modified to provide for said adjustment pursuant to the order confirming plan;

THEREFORE, the ongoing mortgage payment to MIDFIRST BANK shall be changed to $989.88 per month beginning December 1, 2011 and that the debtor(s) plan payments shall remains $776.00 every two weeks.

CC:    Chapter 13 Trustee

LAH

Debtor(s):
JAMES D. DENNISON
140 OLDHAM DR.
JACKSON, TN 38305

Attorney:
LOUIS W RINGGER
ATTORNEY AT LAW
222 WEST BALTIMORE SUITE B
JACKSON, TN 38301

MIDFIRST BANK
FOR MIDLAND MORTGAGE COMPANY
999 NW GRAND BLVD STE 100
OKLAHOMA CITY, OK 73118-6077

All parties on the matrix