**Dated: November 21, 2012**
**The following is SO ORDERED:**

_____
Paulette J. Delk
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
Western District Of Tennessee
Eastern Division

| | |
|---|---|
| In Re: | Chapter 13 |
| JAMES D. DENNISON | |
| Debtor(s) | Case No.  11-12393 |

ORDER MODIFYING PLAN

In this cause it appearing to the Court that the Trustee has received a filed written notice that the debtor(s) mortgage payments have been adjusted and that the plan should be modified to provide for said adjustment pursuant to the order confirming plan;

THEREFORE, the ongoing mortgage payment to MIDFIRST BANK shall be changed to $1,029.41 per month beginning December 1, 2012 and that the debtor(s) plan payments shall DECREASE TO $752.00 EVERY TWO WEEK .

**CC:**     **Chapter 13 Trustee**
**JH**

Debtor(s):
JAMES D. DENNISON
140 OLDHAM DR.
JACKSON, TN 38305

Attorney:
LOUIS W RINGGER
ATTORNEY AT LAW
222 WEST BALTIMORE SUITE B
JACKSON, TN 38301

MIDFIRST BANK
FOR MIDLAND MORTGAGE COMPANY
999 NW GRAND BLVD STE 100
OKLAHOMA CITY, OK 73118-6077

All parties on the matrix